1   Robert F. McCauley, Esq. (SBN: 162056)
    (robert.mccauley@finnegan.com)
2   Lily Lim, Esq. (SBN: 214536)
    (lily.lim@finnegan.com)
3   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4   Stanford Research Park
    3300 Hillview Avenue
5   Palo Alto, California  94304-1203
    Telephone:   (650) 849-6600
6   Facsimile:   (650) 849-6666

7   Michael Morin, Esq. (*pro hac vice*)
    (michael.morin@finnegan.com)
8   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
9   901 New York Avenue
    Washington, D.C., 20001-4413
10  Telephone:  (202) 408-4000
    Facsimile:  (202) 408-4400
11
    Attorneys for Plaintiffs
12  ACCLARENT, INC., AND EXPLORAMED II, INC.

13  John O'Malley, Esq. (SBN: 101181)
    (jomalley@fulbright.com)
14  FULBRIGHT & JAWORSKI L.L.P.
    555 South Flower Street
15  Los Angeles, CA  90071
    Telephone:  (213) 892-9200
16  Facsimile:  (213) 892-9494

17  Attorneys for Plaintiff
    ADVANCED POLYMERS, INC.
18

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                          SAN JOSE DIVISION
22

23  ACCLARENT, INC., EXPLORAMED II, INC.,  )   CASE NO. C06-00844 JF (PVT)
    and ADVANCED POLYMERS, INC.,           )
24          Plaintiffs,                    )   **STIPULATION RESCHEDULING**
                                           )   **CASE MANAGEMENT**
25       v.                                )   **CONFERENCE; [PROPOSED] ORDER**
                                           )
26  QUEST MEDICAL, INC., and BRUCE B.      )
    BECKER, M.D.,                          )
27          Defendants.                    )
                                           )
28

1      Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Acclarent, Inc., Exploramed II, Inc.,
2  and Advanced Polymers, Inc., (collectively, "Plaintiffs") and Defendants Quest Medical, Inc., and
3  Bruce B. Becker, M.D., (collectively, "Defendants"), through their respective counsel of record,
4  stipulate as follows:

5      1.     This Court's February 8, 2006, Order Setting Initial Case Management Conference
6  and ADR Deadlines ordered that the Case Management Conference occur on September 8, 2006, at
7  10:30 am.

8      2.     Defendants' Motion to Dismiss is scheduled to be heard on September 15, 2006, at
9  9:00 am.

10     3.     The parties agree to rescheduling the Case Management Conference to September 15,
11 2006, the same day as the hearing for Defendants' Motion to Dismiss.

12     4.     On June 13, 2006, the parties stipulated to extend the due date for Defendants' answer
13 to July 24, 2006.

14     **IT IS HEREBY ORDERED** that:

15     The Case Management Conference shall be rescheduled to September 15, 2006, following
16 arguments regarding Defendants' Motion to Dismiss.

17

18     By her signature below, counsel for Plaintiffs attest that counsel for all Defendants concur in
19 the filing of this stipulation.

20

21 Dated:    August 3, 2006            FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER L.L.P.
22

23                                     By: ___/s/_____
                                          Lily Lim
24                                        Attorneys for Plaintiffs
                                          ACCLARENT, INC., and EXPLORAMED II, INC.
25

26

27

28

| | |
|---|---|
| Dated: August 3, 2006 | FULBRIGHT & JAWORSKI L.L.P. |
| | |
| | By: /s/ |
| |     John O'Malley |
| |     Attorneys for Plaintiff |
| |     ADVANCED POLYMERS, INC. |
| | |
| Dated: August 3, 2006 | SHEPPARD MULLIN RICHTER & HAMPTON L.L.P. |
| | |
| | By: /s/ |
| |     Neil A. Smith |
| |     Attorneys for Defendants |
| |     QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D. |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/7/06

_____
The Honorable Jeremy Fogel
United States District Court Judge