Robert F. McCauley, Esq. (SBN: 162056)
(robert.mccauley@finnegan.com)
Lily Lim, Esq. (SBN: 214536)
(lily.lim@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiffs
ACCLARENT, INC., AND EXPLORAMED II, INC.

John O'Malley, Esq. (SBN: 101181)
(jomalley@fulbright.com)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Los Angeles, CA  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Plaintiff
ADVANCED POLYMERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.,<br><br>            Defendants. | CASE NO. C06-00844 JF (PVT)<br><br>**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5];  ORDER** |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Arbitration          __ ENE          __ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

_X_ Private ADR (*at a time to be determined, and before a mutually accepted mediator to be determined*).

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

By his signature below, counsel for Acclarent, Inc. and ExploraMed II, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this document.

Dated:     August 17, 2006              FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER L.L.P.

                                        By: ___/s/_____
                                              Robert F. McCauley, Esq.
                                              Lily Lim, Esq.
                                              3300 Hillview Avenue
                                              Palo Alto, California  94304-1203

                                              Michael Morin, Esq. (*pro hac vice*)
                                              FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, L.L.P.
                                              901 New York Avenue
                                              Washington, D.C., 20001-4413

                                              Attorneys for Plaintiffs
                                              ACCLARENT, INC., and EXPLORAMED II, INC.

Dated:     August 17, 2006              FULBRIGHT & JAWORSKI L.L.P.

                                        By: ___/s/_____
                                              John O'Malley, Esq.
                                              555 South Flower Street
                                              Los Angeles, CA  90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                    Dan D. Davison, Esq. (*pro hac vice*)
                    FULBRIGHT & JAWORSKI, LLP
                    2200 Ross Avenue, Suite 800
                    Dallas, TX  75201-2784

                    Attorneys for Plaintiff
                    ADVANCED POLYMERS, INC.

Dated:     August 17, 2006         SHEPPARD MULLIN RICHTER & HAMPTON
                     L.L.P.

By:    /s/_____
       Neil A. Smith, Esq.
       Four Embarcadero Center, 17th Floor
       San Francisco, CA  94111-4106

       David Carstens, Esq. (*pro hac vice* pending)
       Vincent J. Allen, Esq. (*pro hac vice* pending)
       CARSTENS & CAHOON
       13760 Noel Road, Suite 900
       Dallas, TX  75240

       Attorneys for Defendants
       QUEST MEDICAL, INC., and BRUCE B.
         BECKER, M.D.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:     8/18/06____         _____
                                        Hon. Jeremy Fogel
                                        United States District Judge