SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Electronic mail:   nsmith@sheppardmullin.com
                   nbruno@sheppardmullin.com

and

David W. Carstens (Texas State Bar No. 03906900)
CARSTENS & CAHOON, L.L.P.
13760 Noel Road, Suite 900
Dallas, Texas 75240
Telephone No. (972) 367-2001
Facsimile No. (972) 367-2002
Electronic mail:  dcarstens@cclaw.com
Appearance *Pro Hac Vice*

Attorneys for Defendants QUEST MEDICAL, INC.
and BRUCE B. BECKER, M.D.

**E-filed 8/31/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D., <br><br> Defendants. | Case No. C 06-00844 JF (PVT) <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br><br> Honorable Jeremy Fogel <br> United States District Judge |

-1-

David W. Carstens, an active member in good standing of the bar of Texas whose business address is 13760 Noel Road, Suite 900, Dallas, Texas 75240, and whose telephone number is (972) 367-2001, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Quest Medical, Inc. and Bruce B. Becker, M.D.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/31/06

_____
Honorable Judge Jeremy Fogel