**E-filed 8/31/06**

| | |
|---|---|
| Michael Morin, Esq. (*pro hac vice*) <br> (mike.morin@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, LLP <br> 901 New York Avenue <br> Washington, D.C., 20001-4413 <br> Telephone: (202) 408.4000 <br> Facsimile: (202) 408.4400 <br><br> Robert F. McCauley, Esq. (SBN: 162056) <br> (robert.mccauley@finnegan.com) <br> Lily Lim, Esq. (SBN: 214536) <br> (lily.lim@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, L.L.P. <br> Stanford Research Park <br> 3300 Hillview Avenue <br> Palo Alto, CA  94304 <br> Telephone:     (650) 849-6600 <br> Facsimile:      (650) 849-6666 <br><br> Attorneys for Plaintiffs <br> ACCLARENT, INC. and <br> EXPLORAMED II, INC. | Dan D. Davison, Esq. (*pro hac vice*) <br> (ddavison@fulbright.com) <br> FULBRIGHT & JAWORSKI, LLP <br> 2200 Ross Avenue, Suite 800 <br> Dallas, TX  75201-2784 <br> Telephone: (214) 855-8000 <br> Facsimile: (214) 855-8200 <br><br> John O'Malley, Esq. (SBN: 101181) <br> (jomalley@fulbright.com) <br> FULBRIGHT & JAWORSKI, L.L.P. <br> 555 South Flower Street <br> Los Angeles, CA  90071 <br> Telephone: (213) 892-9200 <br> Facsimile: (213) 892-9494 <br><br> Attorneys for Plaintiff <br> ADVANCED POLYMERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D., <br><br> Defendants. | CASE NO. C 06-00844 JF (PVT) <br><br> PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF ROBERT F. MCCAULEY; [PROPOSED] ORDER |

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

**1.     Papers Submitted For Filing Under Seal in Their Entireties**

Pursuant to Civil Local Rules 7-11 and 79-5(b), Plaintiff Acclarent, Inc., ("Acclarent") hereby requests leave of the Court to file the following documents under seal in their entireties:

- Exhibits B, D and E to the Declaration of Mark A. Saab in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer

Said documents were received from opposing party Quest Medical, Inc. (or its predecessor in interest) (collectively "Quest") after the parties signed a confidentiality agreement (CDA) and Quest may assert that these documents are confidential. Accordingly, Acclarent submits them for filing under seal.

**2.     Papers Submitted for Partial Filing Under Seal**

Pursuant to Civil Local Rules 7-11 and 79-5(c), Acclarent respectfully requests leave of Court to file under seal portions of the following documents:

- Declaration of Mark A. Saab In Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer.
- Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer

Specifically, Acclarent requests leave to file under seal the portions of these documents that cite the Quest information in the Exhibits B, D, and E described above and being submitted for filing under seal in their entireties. As required by Civil Local Rule 79-5(c), Acclarent is lodging with the Clerk copies of these documents which the confidential information has been highlighted (for filing under seal) and redacted (for public filing).

**SUPPORTING DECLARATION OF ROBERT F. MCCAULEY**

I, Robert F. McCauley, declare as follows:

1.     I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., attorneys of record for Plaintiff Acclarent. The matters referred to in this

1  declaration are based on my personal knowledge and if called as a witness I could, and would, testify
2  competently to those matters.
3      2.   The representations made above in this Administrative Motion are true and correct to
4  the best of my knowledge and belief.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct and that this declaration was executed on August 25, 2006, in Palo Alto,
7  California.

By: _____/s/_____
Robert F. McCauley

### [~~PROPOSED~~] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents shall be received and filed under seal by the Clerk:

1. Exhibits B, D, and E to the Declaration of Mark A. Saab in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer;

2. The highlighted version of the Declaration of Mark A. Saab in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer; and

3. Plaintiffs' Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer.

Dated: __8/31/____, 2006

_____
The Honorable Jeremy Fogel
United States District Judge

2

PLAINTIFF'S ADMINISTRATIVE MOTION AND [PROPOSED]
ORDER TO FILE DOCUMENTS UNDER SEAL
Case No. C 06-00844 JF (PVT)