SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Electronic mail:   nsmith@sheppardmullin.com
                     nbruno@sheppardmullin.com

Attorneys for Defendants QUEST MEDICAL, INC.
and BRUCE B. BECKER, M.D.

**E-filed 9/11/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC.,<br><br>              Plaintiffs,<br><br>   v.<br><br>QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D.,<br><br>              Defendants. | Case No. C 06-00844 JF (PVT)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL, AND [~~PROPOSED~~] ORDER THEREON**<br><br>[Civil Local Rules 7-11 and 79-5]<br><br>Honorable Jeremy Fogel<br>United States District Judge |

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**Papers Submitted for Partial Filing Under Seal**

Pursuant to Civil Local Rules 7-11 and 79-5(c), Acclarent respectfully requests leave of Court to file under seal portions of the following document:

**DEFENDANTS' REPLY TO PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

Defendants request leave to file portions of this document under seal because said portions discuss information that is confidential and/or proprietary to Defendant Quest Medical, Inc. The information discussed concerns documents and information that have already been filed under seal in this action pursuant to order of the Court (Exhibits B, D, and E to the Saab Declaration filed by Plaintiffs, portions of the Saab Declaration itself, and portions of Plaintiffs' Opposition Brief to Defendants' Motion to Dismiss or Transfer), and therefore, portions of Defendants' Reply Brief discussing that same information should also be filed under seal. (*See* prior sealing orders at Docket No. 31.) The sealability of this information is further confirmed by the Declaration of Kenneth A. Jones (*see* ¶¶ 4-10) being filed herewith, which explains the confidential nature of the information and why it is important to keep the information out of the public record.[1]

As required by Civil Local Rule 79-5(c), Defendants are lodging with the Clerk copies of this document in which the confidential information has been highlighted (for filing under seal) and copies in which the information has been redacted (for public filing).

---

[1] Defendants had originally intended to file this Declaration to support Plaintiffs' prior sealing motion, but the facts it states regarding the sealability of the relevant documents and information apply with equal force to this motion because the same information is being discussed.

-1-

## PROPOSED ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following document shall be received and filed under seal by the Clerk:

**DEFENDANTS' REPLY TO PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

IT IS SO ORDERED.

Dated: 9/11/06

_____
Honorable District Judge Jeremy Fogel

Respectfully submitted:
DATED: September 1, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     /s/Nathaniel Bruno
       NEIL A. SMITH
       NATHANIEL BRUNO

Attorneys for Defendants QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D.

-2-