| | |
|---|---|
| Michael Morin, Esq. (*pro hac vice)* <br> (mike.morin@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 901 New York Avenue <br> Washington, D.C., 20001-4413 <br> Telephone: (202) 408.4000 <br> Facsimile: (202) 408.4400 <br><br> Robert F. McCauley, Esq. (SBN: 162056) <br> (robert.mccauley@finnegan.com) <br> Lily Lim, Esq. (SBN: 214536) <br> (lily.lim@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. <br> Stanford Research Park <br> 3300 Hillview Avenue <br> Palo Alto, CA  94304 <br> Telephone:     (650) 849-6600 <br> Facsimile:      (650) 849-6666 <br><br> Attorneys for Plaintiffs <br> ACCLARENT, INC. and <br> EXPLORAMED II, INC. | Dan D. Davison, Esq. (*pro hac vice)* <br> (ddavison@fulbright.com) <br> FULBRIGHT & JAWORSKI, LLP <br> 2200 Ross Avenue, Suite 800 <br> Dallas, TX  75201-2784 <br> Telephone: (214) 855-8000 <br> Facsimile: (214) 855-8200 <br><br> John O'Malley, Esq. (SBN: 101181) <br> (jomalley@fulbright.com) <br> FULBRIGHT & JAWORSKI, L.L.P. <br> 555 South Flower Street <br> Los Angeles, CA  90071 <br> Telephone: (213) 892-9200 <br> Facsimile: (213) 892-9494 <br><br> Attorneys for Plaintiff <br> ADVANCED POLYMERS, INC. <br><br> **E-filed 10/23/06** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D., <br><br> Defendants. | CASE NO. C 06-00844 JF (PVT) <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [P~~ROPOS~~ED ORDER]** |

Plaintiffs Acclarent, Inc., ExploraMed II, Inc., and Advanced Polymers, Inc., and Defendants Quest Medical, Inc. and Bruce B. Becker, M.D., through their respective counsel of record, stipulate

1  that, with the Court's permission, the Case Management Conference scheduled for October 13,
2  2006, be continued to October 27, 2006, at 1~~0:30 a.m.~~   2:00 PM.
3      By his signature below, counsel for Plaintiffs Acclarent, Inc. and ExploraMed II, Inc. attests
4  that counsel for all parties concur in the filing of this stipulation

Dated:    October 16, 2006          FINNEGAN, HENDERSON, FARABOW,
                                     GARRETT & DUNNER L.L.P.


                                    By:  ___/s/_____
                                       Robert F. McCauley
                                       Attorneys for Plaintiffs
                                       ACCLARENT, INC., and EXPLORAMED II, INC.

Dated:    October 16, 2006          FULBRIGHT & JAWORSKI L.L.P.


                                    By:  ___/s/_____
                                       John O'Malley
                                       Attorneys for Plaintiff
                                       ADVANCED POLYMERS, INC.


Dated:    October 16, 2006          SHEPPARD MULLIN RICHTER & HAMPTON
                                     L.L.P.


                                    By:  ___/s/_____
                                       Nathaniel Bruno
                                       Attorneys for Defendants
                                       QUEST MEDICAL, INC., and BRUCE B.
                                         BECKER, M.D.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/23/06                    _____
                                    The Honorable Jeremy Fogel
                                    United States District Court Judge

451312-1