**E-filed 11/8/06**

1. SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
   NATHANIEL BRUNO, Cal. Bar No. 228118
   Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
   Telephone:    415-434-9100
   Facsimile:    415-434-3947
   Electronic mail:    nsmith@sheppardmullin.com
                      nbruno@sheppardmullin.com

Attorneys for Defendants QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.,<br><br>Defendants. | CASE NO. C 06-00844 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[Civil Local Rule 7-12]** |

## STIPULATION

In an effort to settle and resolve this case, the parties are scheduling a face-to-face meeting, to occur within the next month. Therefore, Plaintiffs Acclarent, Inc., ExploraMed II, Inc., and Advanced Polymers, Inc., and Defendants Quest Medical, Inc. and Bruce B. Becker, M.D., through their respective counsel of record hereby stipulate that Defendants Quest Medical, Inc. and Bruce B. Becker, M.D. shall have through and including 14 days after the parties' face-to-face meeting, but in any event no later than December 18, 2006, to answer the Complaint in this action.

By his signature below, counsel for Defendants Quest Medical, Inc. and Bruce B. Becker, M.D. attests that counsel for all parties concur in the filing of this Stipulation

Dated:   November 6, 2006          FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER L.L.P.


                                   By:  /s/
                                   Robert F. McCauley
                                   Attorneys for Plaintiffs
                                   ACCLARENT, INC., and EXPLORAMED II, INC.

Dated:   November 6, 2006          FULBRIGHT & JAWORSKI L.L.P.


                                   By:  /s/
                                   John O'Malley
                                   Attorneys for Plaintiff
                                   ADVANCED POLYMERS, INC.

Dated:   November 6, 2006          SHEPPARD MULLIN RICHTER & HAMPTON
                                   L.L.P.


                                   By:  /s/
                                   Nathaniel Bruno
                                   Attorneys for Defendants
                                   QUEST MEDICAL, INC., and BRUCE B.
                                   BECKER, M.D.

## [~~PROPOSED~~] ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

Defendants Quest Medical, Inc. and Bruce B. Becker, M.D. are hereby granted through and including 14 days after the parties' face-to-face meeting, but in any event no later than December 18, 2006, to answer the Complaint in this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/8/06

_____
The Honorable Jeremy Fogel
United States District Court Judge