| | |
|---|---|
| Michael Morin, Esq. (*pro hac vice*) <br> (mike.morin@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, LLP <br> 901 New York Avenue <br> Washington, D.C., 20001-4413 <br> Telephone: (202) 408.4000 <br> Facsimile: (202) 408.4400 <br><br> Robert F. McCauley, Esq. (SBN: 162056) <br> (robert.mccauley@finnegan.com) <br> Lily Lim, Esq. (SBN: 214536) <br> (lily.lim@finnegan.com) <br> FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. <br> Stanford Research Park <br> 3300 Hillview Avenue <br> Palo Alto, CA  94304 <br> Telephone:    (650) 849-6600 <br> Facsimile:    (650) 849-6666 <br><br> Attorneys for Plaintiffs <br> ACCLARENT, INC. and <br> EXPLORAMED II, INC. | Dan D. Davison, Esq. (*pro hac vice*) <br> (ddavison@fulbright.com) <br> FULBRIGHT & JAWORSKI, LLP <br> 2200 Ross Avenue, Suite 800 <br> Dallas, TX  75201-2784 <br> Telephone: (214) 855-8000 <br> Facsimile: (214) 855-8200 <br><br> John O'Malley, Esq. (SBN: 101181) <br> (jomalley@fulbright.com) <br> FULBRIGHT & JAWORSKI, L.L.P. <br> 555 South Flower Street <br> Los Angeles, CA  90071 <br> Telephone: (213) 892-9200 <br> Facsimile: (213) 892-9494 <br><br> Attorneys for Plaintiff <br> ADVANCED POLYMERS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D., <br><br> Defendants. | CASE NO. C 06-00844 JF (PVT) <br><br> **STIPULATION TO EXTEND TIME FOR FILING REPLIES TO COUNTERCLAIMS; [P~~ROPOSED~~] ORDER** |

Plaintiffs Acclarent, Inc., ExploraMed II, Inc., and Advanced Polymers, Inc., (collectively, "Plaintiffs") and Defendants Quest Medical, Inc., and Bruce B. Becker, M.D., (collectively, "Defendants"), through their respective counsel of record, stipulate, that, with the Court's permission, Plaintiffs may have an additional nine days, i.e., until January 17, 2007, to file replies to

1  Defendants' First Amended Counterclaims.  This extension will not affect the schedule for this case,
2  other than providing nine additional days to file replies to Defendants' First Amended
3  Counterclaims.  Defendants have requested this additional time in view of the holiday season.
4      There have been no other modifications of time with respect to the time for responding to
5  Defendants' First Amended Counterclaims (filed December 21, 2006).
6      By his signature below, counsel for Plaintiffs Acclarent, Inc. and ExploraMed II, Inc. attests
7  that counsel for all parties concur in the filing of this stipulation.

9  Dated:   January 5, 2007            FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER L.L.P.

11                                    By:    /s/
                                          Robert F. McCauley
12                                        Attorneys for Plaintiffs
                                          ACCLARENT, INC., and EXPLORAMED II, INC.

14  Dated:   January 5, 2007            FULBRIGHT & JAWORSKI L.L.P.

16                                    By:    /s/
                                          Dan D. Davison
                                          Attorneys for Plaintiff
17                                        ADVANCED POLYMERS, INC.

19  Dated:   January 5, 2007            CARSTENS & CAHOON

21                                    By:    /s/
                                          David Carstens
                                          Attorneys for Defendants
22                                        QUEST MEDICAL, INC., and BRUCE B.
                                             BECKER, M.D.

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/11/07

_____
The Honorable Jeremy Fogel
United States District Court Judge