**E-filed 2/13/07**

Michael A. Morin, Esq. (*pro hac vice*)
(michael.morin@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue
Washington, D.C., 20001-4413
Telephone:  (202) 408.4000
Facsimile:  (202) 408.4400

Robert F. McCauley, Esq. (SBN: 162056)
(robert.mccauley@finnegan.com)
Lily Lim, Esq. (SBN: 214536)
(lily.lim@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiffs
ACCLARENT, INC. and
EXPLORAMED II, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.,<br><br>Defendants. | CASE NO. C 06-00844 JF (PVT)<br><br>**STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER** |

1  The Court has scheduled a Case Management Conference in this action for February 23,
2 2006, at 10:30 a.m.  Counsel for Plaintiffs Acclarent, Inc. and ExploraMed II, Inc. has requested a
3 stipulated one-week continuance of the CMC based upon a conflict in his schedule, and counsel for
4 all parties have agreed.  Accordingly, by their signatures below, and with the Court's permission,
5 counsel for all parties in this action stipulate to continue the CMC until March 2, 2007, at 10:30 a.m.
6  By his signature below, counsel for Plaintiffs Acclarent, Inc. and ExploraMed II, Inc. hereby
7 attests that all parties concur in the filing of this document.

8 Dated:  February 13, 2007

By:   _____/s/_____
Robert F. McCauley, Esq.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Plaintiffs ACCLARENT, INC., and
EXPLORAMED II, INC.

Dated:  February 13, 2007

By:   _____/s/_____
Dan D. Davison, Esq. (pro hac vice)
2200 Ross Avenue, Suite 800
Dallas, TX  75201-2784
Telephone:  214.855.8000
Facsimile:  214.855.8200

Attorneys for Plaintiff
ADVANCED POLYMERS, INC.

1  Dated: February 13, 2007

By: _____/s/_____
Casey Griffith, Esq. (*pro hac vice*)
CARSTENS AND CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, TX  75240

Attorney for Defendants QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __2/13/07_____     _____
The Honorable Jeremy Fogel
United States District Court Judge