UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC. EXPLORAMED II, INC. AND ADVANCED POLYMERS, INC.<br><br>　　　　　Plaintiffs,<br><br>　v.<br>QUEST MEDICAL, INC. AND BRUCE B. BECKER, M.D.,<br><br>　　　　　Defendants. | Case No.: C 06-0844 JF (PVT)<br><br>**ORDER RE: PLAINTIFFS' AND DEFENDANTS' MOTIONS TO COMPEL DISCOVERY** |

On March 20, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on a discovery motion filed by Plaintiffs and a discovery motion filed byDefendants. A detailed Order addressing all of the issues in both motions will be filed by the Court. This Order only addresses the time-sensitive rulings made by the Court at the hearing.

It Is Hereby Ordered that:

1. Defendants shall provide a complete response to Plaintiff's Interrogatory Number 5 no later than March 27, 2007; and

2. Plaintiffs shall provide complete responses to Defendants' Interrogatory Numbers 11 and 13 no later than April 27, 2007.

Dated: March   22, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge