CARSTENS & CAHOON, LLP
David W. Carstens (TX Bar No. 03906900)
Vincent J. Allen (TX Bar No. 24012209)
Casey L. Griffith (TX Bar No. 24036687)
James R. Gourley (TX Bar No. 24050679)
13760 Noel Road, Suite 900
Dallas, Texas 75240
Telephone:    (972) 367-2001
Facsimile:    (972) 367-2002
Electronic mail:    carstens@cclaw.com
                    allen@cclaw.com
                    griffith@cclaw.com
                    gourley@cclaw.com
**Appearances *Pro Hac Vice***

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership, Including Professional Corporations
Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    nbruno@sheppardmullin.com

Attorneys for Defendants QUEST MEDICAL, INC.
and BRUCE B. BECKER, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C 06-00844 JF (PVT) <br><br> **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER THEREON** <br><br> [Civil L.R. 6-2, 7-12] <br><br> **Honorable Jeremy Fogel** <br> **United States District Judge** |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc., (collectively, "Plaintiffs") and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D., (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from April 6 to May 4, 2007, for the following reasons:

1. This Court held a CMC on March 2, 2007. The Court continued that CMC to April 6, 2007, because the parties' cross-motions to compel were then-pending before the Honorable Magistrate Judge Patricia V. Trumbull.

2. Judge Trumbull heard the parties' cross-motions on March 20, 2007. Although the Court ruled from the bench on two discrete issues, as of the date of this filing, the Court has not yet ruled on the majority of the issues raised in the parties' motions.

Accordingly, the parties request and stipulate that this Court continue the April 6, 2007 CMC to May 4, 2007, at 10:30 a.m.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this Stipulation.

Dated:    March 28, 2007          FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER L.L.P.


                                  By:    /s/
                                      Robert F. McCauley
                                      Attorneys for Plaintiffs
                                      ACCLARENT, INC., and EXPLORAMED II, INC.


Dated:    March 28, 2007          FULBRIGHT & JAWORSKI L.L.P.


                                  By:    /s/
                                      Dan D. Davison
                                      Attorneys for Plaintiff
                                      ADVANCED POLYMERS, INC.

| | | |
|---|---|---|
| 1 | Dated: March 28, 2007 | SHEPPARD MULLIN RICHTER & HAMPTON L.L.P. |

By: ___/s/___
Nathaniel Bruno
Attorneys for Defendants
QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The Further Case Management Conference in this action currently scheduled for April 6, 2007 at 10:30 a.m. **is hereby continued to May 4, 2007 at 10:30 a.m.**

Dated: 3/29/07

_____
The Honorable Jeremy Fogel
United States District Court Judge

-4-

W02-WEST:6NB1\400250641.1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT
CONFERENCE
CASE NO. C06-00844 JF (PVT)