**E-filed 5/1/07**

CARSTENS & CAHOON, LLP
David W. Carstens (TX Bar No. 03906900)
Vincent J. Allen (TX Bar No. 24012209)
Casey L. Griffith (TX Bar No. 24036687)
James R. Gourley (TX Bar No. 24050679)
13760 Noel Road, Suite 900
Dallas, Texas 75240
Telephone:     (972) 367-2001
Facsimile:     (972) 367-2002
Electronic mail:     carstens@cclaw.com
                    allen@cclaw.com
                    griffith@cclaw.com
                    gourley@cclaw.com
**Appearances *Pro Hac Vice***

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership, Including Professional Corporations
Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
Electronic mail:     nsmith@sheppardmullin.com
                    nbruno@sheppardmullin.com

Attorneys for Defendants QUEST MEDICAL, INC.
and BRUCE B. BECKER, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C 06-00844 JF (PVT) <br><br> **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER THEREON** <br><br> [Civil L.R. 6-2, 7-12] <br><br> **Honorable Jeremy Fogel** <br> **United States District Judge** |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc., (collectively, "Plaintiffs") and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D., (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from May 4 to **June 1, 2007**, for the following reasons:

1. This Court held a CMC on March 2, 2007. The Court continued that CMC to April 6, 2007, because the parties' cross-motions to compel were then pending before the Honorable Magistrate Judge Patricia V. Trumbull. On April 2, 2007, the Court entered an order pursuant to a stipulation of the parties continuing the April 6 CMC to May 4, 2007 because Judge Trumbull had not yet ruled on the majority of the issues in the cross-motions [Docket No. 139].

2. Judge Trumbull has now ruled on the parties' cross-motions pursuant to a sealed order dated April 9, 2007 [Docket No. 140]. This week, Defendants served certain supplemental discovery responses under the order, and Plaintiffs are expected to do the same on April 27. The parties have not fully met and conferred but currently dispute whether the supplemental discovery responses are adequate. Further meeting and conferring will be necessary before determining whether follow-up discovery motions will be filed before Judge Trumbull.

Because the Court has previously continued prior CMCs because of this discovery dispute, and in order for the CMC to be as meaningful as possible and for the case schedule to be as realistic as possible, the parties request and stipulate that this Court continue the May 4, 2007 CMC to June 1, 2007, at 10:30 a.m.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this Stipulation.

Dated: April 26, 2007

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

By: /s/
Robert F. McCauley
Attorneys for Plaintiffs
ACCLARENT, INC., and EXPLORAMED II, INC.

Dated: April 27, 2007

FULBRIGHT & JAWORSKI L.L.P.

By: /s/
Dan D. Davison
Attorneys for Plaintiff
ADVANCED POLYMERS, INC.

Dated: April 27, 2007

SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

By: /s/
Nathaniel Bruno
Attorneys for Defendants
QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The Further Case Management Conference in this action currently scheduled for May 4, 2007 at 10:30 a.m. **is hereby continued to June 1, 2007 at 10:30 a.m.**

Dated: ___5/1/07___

The Honorable Jeremy Fogel
United States District Court Judge