1  CARSTENS & CAHOON, LLP
   David W. Carstens (TX Bar No. 03906900)
2  Vincent J. Allen (TX Bar No. 24012209)
   Casey L. Griffith (TX Bar No. 24036687)
3  James R. Gourley (TX Bar No. 24050679)
4  13760 Noel Road, Suite 900
   Dallas, Texas 75240
5  Telephone:     (972) 367-2001
   Facsimile:     (972) 367-2002
6  Electronic mail:      carstens@cclaw.com
                         allen@cclaw.com
7                        griffith@cclaw.com
                         gourley@cclaw.com
8  **Appearances *Pro Hac Vice***
9
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
10 A Limited Liability Partnership, Including Professional Corporations
   Neil A. Smith, Cal. Bar No. 63777
11 Nathaniel Bruno, Cal. Bar No. 228118
12 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
13 Telephone:     415-434-9100
   Facsimile:     415-434-3947
14 Electronic mail:      nsmith@sheppardmullin.com
                         nbruno@sheppardmullin.com
15
16 Attorneys for Defendants QUEST MEDICAL, INC.
   and BRUCE B. BECKER, M.D.
17
                UNITED STATES DISTRICT COURT
18
             NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
19

| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., | Case No. C 06-00844 JF (PVT) |
|---|---|
| Plaintiffs, | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM JUNE 1, 2007 TO JUNE 29, 2007, AND [PROPOSED] ORDER THEREON** |
| v. | [Civil L.R. 6-2, 7-12] |
| QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D., | |
| Defendants. | **Honorable Jeremy Fogel**<br>**United States District Judge** |
| AND RELATED COUNTERCLAIM | |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc. (collectively, "Plaintiffs"), and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D. (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from June 1 to **June 29, 2007**, for the following reasons:

1.  This Court held a CMC on March 2, 2007. The Court continued that CMC to April 6, 2007, because the parties' cross-motions to compel were then pending before the Honorable Magistrate Judge Patricia V. Trumbull. On April 2, 2007, the Court entered an order pursuant to a stipulation of the parties continuing the April 6 CMC to May 4, 2007 because Judge Trumbull had not yet ruled on the majority of the issues in the cross-motions [Docket No. 139].

2.  Judge Trumbull has now ruled on the parties' cross-motions pursuant to a sealed order dated April 9, 2007 [Docket No. 140]. The parties served certain supplemental discovery responses under the order. The parties have not fully met and conferred but currently dispute whether the supplemental discovery responses are adequate. Further meeting and conferring will be necessary before determining whether follow-up discovery motions will be filed before Judge Trumbull.

3.  Most recently, this month the parties engaged in a face-to-face meeting in efforts to settle this action. Those efforts were not ultimately successful, but the parties wish to continue their efforts. The parties agreed at the settlement meeting to request that the CMC be continued two weeks, to June 15, 2007, to allow further time for the parties to continue to discuss settlement. Outside counsel for two of the Plaintiffs, however, have conflicts and are not available to attend a CMC on June 15 or June 22. Accordingly, the parties request and stipulate that the CMC be continued until June 29, 2007.

Because the Court has previously continued prior CMCs because of the discovery disputes, because the parties have been engaging in earnest efforts to settle this action and wish to continue

1 those efforts, and in order for the CMC to be as meaningful as possible and for the case schedule to
2 be as realistic as possible, the parties request and stipulate that this Court continue the June 1, 2007
3 CMC to **June 29, 2007**, at 10:30 a.m.

4     By his signature below, counsel for Defendants attests that counsel for all parties concur in
5 the filing of this Stipulation.

Dated:   May 24, 2007                FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER L.L.P.


                                     By:  ___/s/_____
                                         Robert F. McCauley
                                         Attorneys for Plaintiffs
                                         ACCLARENT, INC., and EXPLORAMED II, INC.


Dated:   May 24, 2007                FULBRIGHT & JAWORSKI L.L.P.


                                     By:  ___/s/_____
                                         Dan D. Davison
                                         Attorneys for Plaintiff
                                         ADVANCED POLYMERS, INC.


Dated:   May 24, 2007                SHEPPARD MULLIN RICHTER & HAMPTON
                                         L.L.P.


                                     By:  ___/s/_____
                                         Nathaniel Bruno
                                         Attorneys for Defendants
                                         QUEST MEDICAL, INC., and BRUCE B.
                                             BECKER, M.D.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The Further Case Management Conference in this action currently scheduled for June 1, 2007 at 10:30 a.m. **is hereby continued to June 29, 2007 at 10:30 a.m.**

Dated: 5/30/07

_____
The Honorable Jeremy Fogel
United States District Court Judge