**E-filed 6/26/07**

1   CARSTENS & CAHOON, LLP
    David W. Carstens (TX Bar No. 03906900)
2   Vincent J. Allen (TX Bar No. 24012209)
    Casey L. Griffith (TX Bar No. 24036687)
3   James R. Gourley (TX Bar No. 24050679)
4   13760 Noel Road, Suite 900
    Dallas, Texas 75240
5   Telephone:     (972) 367-2001
    Facsimile:     (972) 367-2002
6   Electronic mail:     carstens@cclaw.com
                         allen@cclaw.com
7                        griffith@cclaw.com
                         gourley@cclaw.com
8   **Appearances *Pro Hac Vice***
9
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
10  A Limited Liability Partnership, Including Professional Corporations
    Neil A. Smith, Cal. Bar No. 63777
11  Nathaniel Bruno, Cal. Bar No. 228118
12  Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4106
13  Telephone:    415-434-9100
    Facsimile:    415-434-3947
14  Electronic mail:     nsmith@sheppardmullin.com
                         nbruno@sheppardmullin.com
15
16  Attorneys for Defendants QUEST MEDICAL, INC.
    and BRUCE B. BECKER, M.D.
17
                    UNITED STATES DISTRICT COURT
18
          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
19

| | |
|---|---|
| 20  ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., | Case No. C 06-00844 JF (PVT) |
| 21                     Plaintiffs, | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM JUNE 29, 2007 TO JULY 27, 2007, AND |~~PROPOSED~~] ORDER THEREON** |
| 22  v. | |
| 23 | **[Civil L.R. 6-2, 7-12]** |
| 24  QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D., | |
| 25                     Defendants. | **Honorable Jeremy Fogel** |
| 26 | **United States District Judge** |
| 27  AND RELATED COUNTERCLAIM | |

28

-1-

W02-WEST:6NB1\400339574.1

**STIPULATION**

Because of ongoing settlement negotiations and pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc. (collectively, "Plaintiffs"), and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D. (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from June 29, 2007 to **July 27, 2007**, for the following reasons:

1.      This Court continued its CMC of March 2, 2007, to April 6, 2007, because the parties' cross-motions to compel were then pending before the Honorable Magistrate Judge Patricia V. Trumbull.  On April 2, 2007, the Court entered a stipulated order continuing the April 6 CMC to May 4, 2007 because Judge Trumbull had not yet ruled on the majority of the issues in the cross-motions [Docket No. 139].

2.      Judge Trumbull ruled on the parties' cross-motions pursuant to a sealed order dated April 9, 2007 [Docket No. 140].  The parties served certain supplemental discovery responses under the order and currently dispute whether the supplemental discovery responses are adequate.  The parties began to meet and confer over these issues but deferred those efforts because of settlement negotiations (described below).

3.      On May 17, 2007, the parties engaged in a second face-to-face meeting in efforts to settle this action, and the parties have continued their settlement efforts since that time.  Recently, the Court continued its CMC from  June 1 to June 29 in view of the parties' settlement efforts and outstanding discovery disputes.

Because the Court has previously continued prior CMCs due to settlement efforts and outstanding discovery disputes, because the parties continue to engage in earnest settlement efforts, and in order for the CMC to be as meaningful as possible and for the case schedule to be as realistic as possible, the parties request and stipulate that this Court further continue the June 29, 2007 CMC to **July 27, 2007**, at 10:30 a.m.

1        By his signature below, counsel for Defendants attests that counsel for all parties concur in

2    the filing of this Stipulation.

3

4    Dated:     June 18, 2007             FINNEGAN, HENDERSON, FARABOW,
                                    GARRETT & DUNNER L.L.P.

5

6                                     By: ____/s/_____
                                     Robert F. McCauley

7                                         Attorneys for Plaintiffs
                                     ACCLARENT, INC., and EXPLORAMED II, INC.

8

9    Dated:     June 18, 2007             FULBRIGHT & JAWORSKI L.L.P.

10                                    By: ____/s/_____

11                                        Dan D. Davison
                                     Attorneys for Plaintiff

12                                        ADVANCED POLYMERS, INC.

13

14   Dated:     June 18, 2007             SHEPPARD MULLIN RICHTER & HAMPTON
                                       L.L.P.

15

16                                    By: ____/s/_____
                                       Nathaniel Bruno

17                                        Attorneys for Defendants
                                     QUEST MEDICAL, INC., and BRUCE B.
                                         BECKER, M.D.

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:6NB1\400339574.1

1

**[PROPOSED] ORDER**

2              PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY

3     ORDERED THAT:

4

5              The Further Case Management Conference in this action currently scheduled for June 29,

6     2007 at 10:30 a.m. **is hereby continued to July 27, 2007 at 10:30 a.m.**

7

8

9

10    Dated: _____June 26, 2007_____                _____

11                                                        The Honorable Jeremy Fogel
                                                          United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC FROM JUNE 29, 2007
TO JULY 27, 2007
CASE No. C06-00844 JF (PVT)

W02-WEST:6NB1\400339574.1