CARSTENS & CAHOON, LLP
David W. Carstens (TX Bar No. 03906900)
Vincent J. Allen (TX Bar No. 24012209)
Casey L. Griffith (TX Bar No. 24036687)
James R. Gourley (TX Bar No. 24050679)
13760 Noel Road, Suite 900
Dallas, Texas 75240
Telephone: (972) 367-2001
Facsimile: (972) 367-2002
Electronic mail: carstens@cclaw.com
allen@cclaw.com
griffith@cclaw.com
gourley@cclaw.com
**Appearances *Pro Hac Vice***

**E-filed 7/23/07**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership, Including Professional Corporations
Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Electronic mail: nsmith@sheppardmullin.com
nbruno@sheppardmullin.com

Attorneys for Defendants QUEST MEDICAL, INC.
and BRUCE B. BECKER, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., EXPLORAMED II, INC., and ADVANCED POLYMERS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>QUEST MEDICAL, INC. and BRUCE B. BECKER, M.D.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C 06-00844 JF (PVT)<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE FROM JULY 27, 2007 TO AUGUST 31, 2007, AND [PROPOSED] ORDER THEREON**<br><br>[Civil L.R. 6-2, 7-12]<br><br>**Honorable Jeremy Fogel**<br>**United States District Judge** |

## STIPULATION

Because of ongoing settlement negotiations and pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc. (collectively, "Plaintiffs"), and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D. (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from July 27, 2007, to **August 31, 2007**, for the following reasons:

1. This Court continued its CMC of March 2, 2007, to April 6, 2007, because the parties' cross-motions to compel were then pending before the Honorable Magistrate Judge Patricia V. Trumbull. On April 2, 2007, the Court entered a stipulated order continuing the April 6 CMC to May 4, 2007 because Judge Trumbull had not yet ruled on the majority of the issues in the cross-motions [Docket No. 139].

2. Judge Trumbull ruled on the parties' cross-motions pursuant to a sealed order dated April 9, 2007 [Docket No. 140]. The parties served certain supplemental discovery responses under the order and currently dispute whether the supplemental discovery responses are adequate. The parties began to meet and confer over these issues but deferred those efforts because of settlement negotiations (described below).

3. On May 17, 2007, the parties engaged in a second face-to-face meeting in efforts to settle this action, and the parties have continued their settlement efforts since that time. Recently, the Court continued its CMC from June 29 to July 27 in view of the parties' settlement efforts and outstanding discovery disputes.

Because the Court has previously continued prior CMCs due to settlement efforts and outstanding discovery disputes, because the parties continue to engage in earnest settlement efforts despite summer vacations of persons involved, and in order for the CMC to be as meaningful as possible and for the case schedule to be as realistic as possible, the parties request and stipulate that this Court further continue the July 27, 2007 CMC to **August 31, 2007**, at 10:30 a.m.

By his signature below, counsel for Plaintiffs Acclarent and Exploramed II attests that counsel for all parties concur in the filing of this Stipulation.

Dated: July 19, 2007

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER L.L.P.

By: /s/
Robert F. McCauley
Attorneys for Plaintiffs
ACCLARENT, INC., and EXPLORAMED II, INC.

Dated: July 19, 2007

FULBRIGHT & JAWORSKI L.L.P.

By: /s/
Dan D. Davison
Attorneys for Plaintiff
ADVANCED POLYMERS, INC.

Dated: July 19, 2007

SHEPPARD MULLIN RICHTER & HAMPTON L.L.P.

By: /s/
Nathaniel Bruno
Attorneys for Defendants
QUEST MEDICAL, INC., and BRUCE B. BECKER, M.D.

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY

3  ORDERED THAT:

4

5  The Further Case Management Conference in this action currently scheduled for July 27,

6  2007 at 10:30 a.m. **is hereby continued to August 31, 2007 at 10:30 a.m.**

7

8

9

10  Dated:    7/23/07

   The Honorable Jeremy Fogel
11   United States District Court Judge