**E-filed 8/28/07**

1   Michael A. Morin, Esq. (*pro hac vice*)
    (michael.morin@finnegan.com)
2   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
3   901 New York Avenue
    Washington, D.C., 20001-4413
4   Telephone:  (202) 408.4000
    Facsimile:  (202) 408.4400
5
    Robert F. McCauley, Esq. (SBN: 162056)
6   (robert.mccauley@finnegan.com)
    Lily Lim, Esq. (SBN: 214536)
7   (lily.lim@finnegan.com)
    FINNEGAN, HENDERSON, FARABOW,
8     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
9   3300 Hillview Avenue
    Palo Alto, CA  94304
10  Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
11
    Attorneys for Plaintiffs
12  ACCLARENT, INC. and
    EXPLORAMED II, INC.
13

14

15                  UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

17  ACCLARENT, INC., EXPLORAMED II,        Case No. C 06-00844 JF (PVT)
    INC., and ADVANCED POLYMERS, INC.,
18                                          **STIPULATION TO RESCHEDULE CASE**
                                            **MANAGEMENT CONFERENCE FROM**
19                  Plaintiffs,             **AUGUST 31, 2007 TO SEPTEMBER 14,**
                                            **2007, AND [PROPOSED] ORDER**
20          v.                              **THEREON**

21  QUEST MEDICAL, INC. and BRUCE B.        **[Civil L.R. 6-2, 7-12]**
    BECKER, M.D.,
22
                    Defendants.
23                                          **Honorable Jeremy Fogel**
                                            **United States District Judge**
24
    AND RELATED COUNTERCLAIM
25

26

27

28

## STIPULATION

Because of ongoing settlement negotiations and pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Counterdefendants Acclarent, Inc., Exploramed II, Inc., and Advanced Polymers, Inc. (collectively, "Plaintiffs"), and Defendants and Counterclaimants Quest Medical, Inc., and Bruce B. Becker, M.D. (collectively, "Defendants"), through their respective counsel of record, jointly request and stipulate that the Court continue the Case Management Conference ("CMC") in this matter from August 31, 2007, to **September 14, 2007**, for the following reasons:

1.      On May 17, 2007, the parties engaged in a second face-to-face meeting in efforts to settle this action, and the parties have earnestly continued their settlement efforts since that time despite the summer vacations of persons involved.  Recently, the Court continued its CMC from July 27 to August 31 in view of the parties' settlement efforts and outstanding discovery disputes.

2.      This Court continued its CMC of March 2, 2007, to April 6, 2007, because the parties' cross-motions to compel were then pending before the Honorable Magistrate Judge Patricia V. Trumbull.  On April 2, 2007, the Court entered a stipulated order continuing the April 6 CMC to May 4, 2007 because Judge Trumbull had not yet ruled on the majority of the issues in the cross-motions [Docket No. 139].

3.      Judge Trumbull ruled on the parties' cross-motions pursuant to a sealed order dated April 9, 2007 [Docket No. 140].  The parties served certain supplemental discovery responses under the order and currently dispute whether the supplemental discovery responses are adequate.  The parties began to meet and confer over these issues but deferred those efforts because of settlement negotiations (described above).

Because the Court has previously continued prior CMCs due to settlement efforts and outstanding discovery disputes, because the parties continue to engage in earnest settlement efforts despite summer vacations of persons involved, and in order for the CMC to be as meaningful as possible and for the case schedule to be as realistic as possible, the parties request and stipulate that this Court further continue the **August 31, 2007** CMC to September 14, 2007 at 10:30 a.m.

By his signature below, counsel for Acclarent attests that counsel for all parties concur in the filing of this Stipulation.

1

2
Dated:      August 21, 2007              FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER L.L.P.

3
                                         By: ____/s/_____
4
                                             Robert F. McCauley
                                             Attorneys for Plaintiffs
5                                            ACCLARENT, INC., and EXPLORAMED II, INC.

6
Dated:      August 21, 2007              FULBRIGHT & JAWORSKI L.L.P.
7

8
                                         By: ____/s/_____
9                                            Dan D. Davison
                                             Attorneys for Plaintiff
10                                           ADVANCED POLYMERS, INC.

11
Dated:      August 21, 2007              SHEPPARD MULLIN RICHTER & HAMPTON
12                                        L.L.P.

13
                                         By: ____/s/_____
14                                           Nathaniel Bruno
                                             Attorneys for Defendants
15                                           QUEST MEDICAL, INC., and BRUCE B.
                                               BECKER, M.D.
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CMC
CASE NO.  C06-00844 JF (PVT)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The Further Case Management Conference in this action currently scheduled for August 31, 2007 at 10:30 a.m. **is hereby continued to September 14, 2007 at 10:30 a.m.**

Dated: _____8/27/07_____      _____

The Honorable Jeremy Fogel
United States District Court Judge