# EXHIBIT A

**E-filed 9/10/07**

1    UNITED STATES DISTRICT COURT FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3    ACCLARENT, INC.,                          )
     EXPLORAMED II, INC. and                   )
4    ADVANCED POLYMERS, INC.                    )
                                                )
5          Plaintiffs/Counterdefendants,       )
                                                )
6    v.                                         )
                                                )    Case No. 5:06-CV-00844-JF
7    QUEST MEDICAL, INC., and                   )
     BRUCE B. BECKER, M.D.                      )
8                                               )
           Defendants/Counterplaintiffs.       )
9    _____)

10                           [~~PROPOSED~~] ORDER

11         UPON STIPULATION OF THE PARTIES:

12         IT IS ORDERED this action is dismissed in its entirety.  This dismissal is without
     prejudice to Plaintiffs' rights to challenge in a subsequent action the validity, ownership,
13   inventorship, or enforceability of intellectual property asserted by Defendants in this action, and
     no party shall be estopped or otherwise precluded under the doctrines of *res judicata*, claim
14   preclusion, issue preclusion, collateral estoppel or the like to contest infringement,
     misappropriation, validity, enforceability, ownership, or inventorship of the other party's
15   intellectual property rights in any subsequent action brought relating thereto.  In all other respects,
     all claims and counterclaims in this action are dismissed with prejudice pursuant to Rule
16   41(a)(1)(ii) of the Federal Rules of Civil Procedure.

17         IT IS FURTHER ORDERED that each party will bear its own attorneys' fees and costs.
     No attorney's docket fee will be taxed, the same having been waived by counsel.
18
     ENTERED:   __9/10_____, 2007
19

20

21                                            _____
                                              Jeremy Fogel
22                                            United States District Judge

23

24

25

26

27

28

                                              1